IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**REYNALDO LOBAINA-SALGUEIRO,** :

    Petitioner, :
          CIVIL ACTION 12-0364-CG-M
v. : CR. NO. 10-00123-CG-M

**UNITED STATES OF AMERICA,** :

    **Respondent.** :

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Reynaldo Lobaina-Salgueiro.

**DONE and ORDERED** this 24th day of October, 2012.

          /s/ Callie V. S. Granade
          UNITED STATES DISTRICT JUDGE